IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 AUG 28 P 3: 10

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| DONA L. WHITAKER, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>Navy Federal Credit Union, *a federal credit union,*<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: _____<br><br>RDB 09CV2288 |

### CERTIFICATION OF FILING STATE COURT DOCUMENTS

Defendant Navy Federal Credit Union ("Navy Federal"), by counsel, hereby certifies that with its Notice of Removal filed today, it has filed true and legible copies of all documents on file in the state court as of August 27, 2009. These documents are attached as Exhibits 2A and 2B to the Notice of Removal.

Dated: August 28, 2009

NAVY FEDERAL CREDIT UNION

By: /s/ Mark Bierbower
Counsel

Mark B. Bierbower (Bar #10407)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109

(202) 955-1500
(202) 778-2201 (fax)
mbierbower@hunton.com

*Counsel for Defendant Navy Federal Credit Union*

## CERTIFICATE OF SERVICE

I certify that on August 28, 2009, a copy of the foregoing Certification of Filing State Court Documents was served via first class mail and electronic mail upon the following:

Bernard T. Kennedy
The Kennedy Law Firm
Maryland Consumer Law Group
PO Box 657
Edgewater, Maryland 21037
bernardtkennedy@yahoo.com

Robert W. Murphy
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
rphyu@aol.com

*Counsel for Plaintiffs*

Mark Barbour /s/