IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DONNA L. WHITAKER,** *individually and on behalf of all others similarly situated,* | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No.:  RDB09CV2288 |
| | ) |
| **NAVY FEDERAL CREDIT UNION,** *a federal credit union,* | )<br>)<br>)<br>) |
| **Defendant.** | ) |

## DISCLOSURE OF FINANCIAL INTEREST

Pursuant to Local Rule 103.3 of the U.S. District Court for the District of Maryland and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Navy Federal Credit Union ("Navy Federal") in the above-captioned action certifies as follows:  Navy Federal has three active subsidiaries—Navy Federal Financial Group, LLC; Navy Federal Brokerage Services, LLC; and Navy Federal Asset Management, LLC.  All three subsidiaries are considered Credit Union Service Organizations that are permitted and regulated by Section 712.1 – 712.9 of the National Credit Union Administration Regulations.  None of the subsidiaries have any interest in this lawsuit—financial or otherwise—nor have any of the subsidiaries been involved in any aspects of Navy Federal's repossession process.  Further, to Navy Federal's knowledge, no other corporation, unincorporated association, partnership, or other business entity has any financial interest in the outcome of this litigation.

1

Dated:  August 31, 2009

                                             NAVY FEDERAL CREDIT UNION


                                             By:   */s/Mark B. Bierbower*
                                                        Mark B. Bierbower

Mark B. Bierbower (Bar #10407)
HUNTON & WILLIAMS, LLP
1900 K Street, N.W.
Washington, D.C.  20006-1109
(202) 955-1500
(202) 778-2201 (fax)
mbierbower@hunton.com

*Counsel for Defendant Navy Federal Credit Union*

**CERTIFICATE OF SERVICE**

I certify that on August 31, 2009, a copy of the foregoing DISCLOSURE OF FINANCIAL INTEREST was served by operation of the electronic filing system of the U.S. District Court for the District of Maryland upon all counsel who have consented to receive notice of filings in the matter captioned *Whitaker v. Navy Federal Credit Union*, Civil Action No. RDB09CV2288.

                                                      ___/s/Mark B. Bierbower_____
                                                      Mark B. Bierbower