## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONNA L. WHITAKER, *individually and on behalf*) | |
| *of all others similarly situated,* ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **Civil Action No.: RDB09CV2288** |
| ) | |
| NAVY FEDERAL CREDIT UNION, ) | |
| *a federal credit union,* ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

## DECLARATION OF EVAN D. HENDRICKS IN SUPPORT OF MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

THE UNDERSIGNED, Evan D. Hendricks, hereby declares and states as follows:

### INTRODUCTION

1.      I am familiar with and have personal knowledge of the matters set forth in this

Declaration and if called upon to do so, could and would testify competently thereto, and /// for my

knowledge based on my information and belief , and as to those matters, I understand and believe

them to be true.

2.      I have been employed by Robert W. Murphy, Esquire and Bernard T. Kennedy, Esquire

(hereinafter referred to collectively as "Class Counsel"), to provide an opinion with respect to the

fairness and adequacy of the Class Action Settlement Agreement ("Settlement Agreement"), dated

March 17, 2010 between Plaintiff, Donna L. Whitaker, an individual ("Class Representative"), and

Defendant, Navy Federal Credit Union, a federal credit union ("Navy Federal"), in that certain case

styled "*Donna L. Whitaker v. Navy Federal Credit Union,* in the United States District Court for the

District of Maryland, Case No.: 09-CV-02288 RDB" ("Whitaker UCC Class Action").

## SUMMARY OF OPINION

3       The proposed settlement is fair, reasonable and adequate in that the settlement offers

substantial benefits to members of the Class including but not limited to the deletion of adverse

information from the credit reports of the Settlement Class Members.

## QUALIFICATIONS AND BACKGROUND

4.      I make this declaration as an expert in the field of privacy and credit reporting for

approximately 33 years. A current copy of my curriculum vitae is attached hereto as Exhibit "A."

5.      Since 1981, I have been Editor/Publisher of Privacy Times, a bi-weekly, Washington-

based newsletter that reports on privacy and information law, including the Fair Credit Reporting

Act ("FCRA"). As a result of my work on the newsletter, I have accumulated a specialized body of

knowledge in relation to the collection, use and disclosure of credit report data and personal financial

information, and the standards governing them.

6.      I am the author of the book, Credit Scores And Credit Reports: How The System

Really Works, What You Can Do, 3rd Edition (Privacy Times 2007). As the title indicates, it describes

how the credit scoring and credit reporting systems work and what consumers can do to obtain, read

and understand their credit reports, correct errors in them, and enforce their rights. I am also co-author

of Your Right to Privacy: A Basic Guide to Legal Rights In An Information Society (2nd Edition,

Southern Illinois University Press, 1990), which has a chapter on credit reporting.

7.      Since the early 1990s, I have served as an expert witness in numerous FCRA cases

and have been qualified as an expert in fair credit reporting matters by federal and state courts,[1]

including fairness hearings on FCRA class action settlements.[2] As an expert witness, I have read

thousands of pages of deposition testimony from credit reporting agencies ("CRAs") and credit

"grantors" — the entities responsible for reporting data to CRAs. This is significant because CRAs

and credit grantors do not openly discuss or publish information on their procedures and practices

for handling personal data. In fact, CRAs typically consider such procedures and practices to be

proprietary and/or trade secrets. To my knowledge, the best (and possibly only) sources for obtaining

candid descriptions of CRAs' and credit grantors' procedures and practices in relation to credit

reporting data are the depositions from FCRA litigation.

---

[1] *See Adelaide Andrews v. TRW, Inc.*, 225 F.3d 1063 (9th Cir.2000); *Matthew Kirkpatrick v. Equifax Credit Information Services, et al.*, No.CV 02-1197-MO (U.S.District Court for the District of Oregon, 2005); *Joi Helmes v. Wachovia Bank, N.A.*: U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria), Case No.:01-81277-RGM; *Denis W. Stasulis v. Suntrust*: U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria), Case No: 04-12542-RGM; *Arthur Spengler v. Sears Roebuck & Co.*, Case No.:C-03-0557 (Circuit Court, Wicomico County, Maryland, 2004); *Myra Coleman v. Trans Union, LLC*, C.A. 4:98-CV-169B-B(U.S. District Court for the District of Mississippi); *Tammy Cochran v. C&M Motors, LLC, dba I-10 Toyota, et al.*, No. CV-03-3568FMC (U.S. District Court for the Central District of California, 2005); *Scott E. Campbell v. G.E. Capital Auto Lease*, Case No.99-522 (Circuit Court for St. Mary's County, Maryland, 2004); *Franklin F. Grizzard, Jr. v. Trans Union, LLC & Equifax Information Services, LLC, et al.*, Nos. 04-CV-625 & 04-CV-626 (U.S. District Court for the District of Virginia). *Sandra Cortez v. Trans Union, LLC,*(U.S. District Court for the Eastern District of Pennsylvania, 2007).

[2]*Dwaine Perry, et al. v. FleetBoston Financial Corp.;*U.S. District Court for the Eastern District of Pennsylvania:No. 04-507. May 31, 2005 fairness hearing before Judge Berle Schiller. *Catherine Smith, et al. v. Progressive Corporation, et al.*: U.S. District Court for the Northern District of Florida, Case No.1:00-CV-210-MMP, August 23, 2006, Judge Paul presiding. *Alex Campos and Michael York v. ChoicePoint Services, Inc.,*: U.S. District Court for the Northern District of Georgia, CA No. 1-03-CV-3577-WSD, March 2, 2007, fairness hearing before Judge William S. Duffey, Jr.;*Eddie Silva, et al. v. Haynes Furniture Co. Inc.,*U.S. District Court for the Eastern District of Virginia: No. 4:04CV82; April 19, 2006 fairness hearing before Judge Walter D. Kelley, Jr.

8.     I have testified before Congress on numerous occasions —always by invitation— on issues related to the collection, maintenance, security, use and disclosure of sensitive personal data, including credit reports and other financial information. In 2008, I testified before the House Financial Service Committee's hearing on credit scores.[3] In 2007, I testified before the House Financial Service Committee's first oversight hearing on the FCRA's FACT Act Amendments, entitled "Credit Reports: Consumers' Ability to Dispute and Change Information."[4] I testified once before Congress in 2006, and three times in 2005.[5] In 2003, the year in which Congress was dedicated to a major upgrade of the FCRA, I testified twice before the Senate and twice before the House, and presented once before the FTC. The hearings covered a wide range of credit reporting issues, accuracy, fairness, privacy,

---

[3]"What Borrowers Need to Know About Credit Scoring Models and Credit Scores," House Financial Services Subcommittee on Oversight, July 29, 2008. http://www.house.gov/apps/list/hearing/ financialsvcs dem/hr072908.shtml.

[4]"Credit Reports: Consumers' Ability to Dispute and Change Information." House Financial Services Committee, June 19, 2007.http://www.house.gov/apps/list/hearing/financialsvcs dem/ht1907. shtml.

[5]"Privacy in the Commercial World II,: House Committee on Energy & Commerce Subcommittee on Commerce, Trade and Consumer Protection, June 20, 2006;
http://archives.energycommerce.house.gov/reparchives/108/Hearings/ 06202006hearing1938/hearing .htm 5;
"Financial Data Protection Act of 2005," House Financial Services Subcommittee on Financial Institutions and Consumer Credit," Nov.9,2005;
http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=425.html.
"Credit Card Data Processing: How Secure Is It?" House Financial Services Subcommittee on Oversight and Investigations, July 21, 2005;
http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=407.html;
Identity Theft: Recent Developments Involving the Security of Sensitive Consumer Information," Senate Banking Committee, March 15, 2005;
http://banking.senate.gov/public/index.cfm?FuseAction=Hearings,Hearing&Hearing ID=7f294169-4375-4e9e-8e29-f418b82e7f4b

CRA procedures and security.[6] Some of my recommendations were reflected in the final FCRA Amendments approved by Congress and signed by President Bush in December 2003.

9.     From 1998-2008, I served under contract as a member of the Social Security Administration's Panel of Privacy Experts advising the agency on a host of issues. In 2002, the U.S. Postal Service retained me to review its Privacy Act notices to ensure they were understandable to the public and consistent with the goals of the Privacy Act.

10.     From April 2002 through October 2004, I served on the Consumer Advisory Council of Experian (formerly TRW), a national CRA and vendor of other information services. Before being disbanded in 2005, the Council met twice a year to advise the company on a host of credit reporting, marketing and other privacy-related topics.

## THE PROPOSED SETTLEMENT PROVIDES SUBSTANTIAL ECONOMIC BENEFITS TO MEMBERS OF THE CLASS

11.     I was retained by Class Counsel to analyze the Settlement Agreement to assess whether the proposed settlement was fair, reasonable and adequate to protect the interests of the Class Members.

---

[6]"The Accuracy of Credit Report Information and the Fair Credit Reporting Act;" Senate Banking Committee, July 10, 2003; http://banking.senate.gov/03 07hrg/071003/index.htm;"The Role of FCRA in the Credit Granting Process," House Financial Services Subcommittee on Financial Institutions & Consumer Credit, June 12, 2003; http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=229.html; "Database Security: Finding Out When Your Information Has Been Compromised," Senate Judiciary Subcommittee on Technology, Terrorism and Government Information, Nov. 4, 2003, http://judiciary.senate.gov/hearings/testimony.cfm?id=983&wit id=2790; "Fighting Fraud: Improving Information Security," House Financial Services Subcommittee on Financial Institutions & Consumer Credit and Oversight, April 3, 2003, http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=202.html; also see, "Information Flows: The Costs and Benefits to Consumers and Businesses of the Collection and Use of Consumer Information," Federal Trade Commission, National Workshop, June 18, 2003.

12.     My opinion, unequivocally, is that the settlement is fair, reasonable and adequate and provides substantial benefits to members of the Class.

13.     Good credit history is a significant asset for consumers. Information contained in a consumer's credit reporting file affects access to home mortgages, car loans, utility services, residential mortgages and leases, employment and insurance.

14.     Pursuant to the Settlement Agreement, Navy Federal has agreed *inter alia* to the following relief for members of the Class:

Waiver of Deficiency: Navy Federal shall waive deficiencies arising from the finance contracts of the respective class members for the financing of motor vehicles. The aggregate balance of the deficiencies of the Class Members is in excess of Fifty Million ($50,000,000.00) Dollars in principal and interest ("Waived Deficiencies")[Settlement Agreement - ¶¶ 7; 15a].

Notification to Credit Reporting Agencies: Navy Federal shall request that the credit reporting agencies ("CRAs") delete the tradelines related to the finance agreements at issue in this matter from the credit reports of the Settlement Class Members. [Settlement Agreement - ¶ 15b].

15.     The clearance of adverse information from the consumer reports of the Class Members has significant economic value to the Class Members.

16.     Based upon the information provided to Declarant, it is the understanding of Declarant that a number of the Class Members are employed in active duty military service, the Department of Defense, and in the defense industry. To acquire or maintain security clearance with the United

States government, employees are required to maintain credit reports that do not have material

deficiencies such as collection accounts or repossessions.

      PURSUANT TO 28 U.S.C. §1746, I CERTIFY, UNDER PENALTY OF PERJURY, THE FOREGOING IS TRUE AND CORRECT.

Executed this __3 1__ day of July, 2010 in Cabin John, Maryland.


EVAN D. HENDRICKS

# *Evan D. Hendricks*

## *CURRICULUM VITAE*

**Professional Activities**

**1981 – Present        Editor/Publisher, *Privacy Times***

Since 1981, I have been Editor/Publisher of *Privacy Times*, a biweekly, Washington-based newsletter that reports on privacy and information law, including the Fair Credit Reporting Act (FCRA).  The newsletter ranges from 8-12 pages, 23 issues per year.  Thus, I have researched, written, edited and published many articles on Congressional and State legislative actions, judicial opinions, industry trends and actions, executive branch policies and consumer news as they related to the FCRA.

**1992 – Present        Expert Witness**

Qualified by the federal courts in FCRA and identity theft cases.  (Complete list attached). I have read extensive deposition testimony by credit bureau and credit grantor personnel. This is significant because CRAs and credit grantors do not openly discuss or publish information on their procedures and practices for handling personal data, and the best (and possibly only) sources for finding candid descriptions of CRAs' and credit grantors' procedures and practices in relation to credit reporting data are the depositions of CRA and credit grantor employees in FCRA litigation.

**1998 – 2008    Privacy Expert Consultant, U.S. Social Security Administration**

Regularly review policies and practices in relation to the collection, use and disclosure of personal data and Social Security numbers and provide feedback and recommendations.

**2002 – 2004    Member, Experian Consumer Advisory Council**

Along with other Council members, I provide an outsider's view on credit reporting, marketing and other privacy issues.

**July – October 2002        Consultant to U.S. Postal Service**

Working with the USPS's Chief Privacy Officer, I assisted in reviewing and editing the re-write of the USPS's Privacy Act notices, with an emphasis on "Plain English."

---

**Evan Hendricks        P.O. Box 302        Cabin John, MD 20818**
**(301) 229 7002  (301) 229 8011 [fax]  evan@privacytimes.com**

---

1



**Recent Testimony Before Congress & The FTC**

"Keeping Score on Credit Scores: An Overview of Credit Scores, Credit Reports and their Impact on Consumers," House Financial Services Committee, Subcommittee on Financial Institutions and Consumer Credit Hearing, March 24, 2010.[1]

"What Borrowers Need to Know About Credit Scoring Models and Credit Scores," House Financial Services Subcommittee on Oversight, July 29, 2008.[2]

"Credit Reports: Consumers' Ability to Dispute and Change Information," House Financial Services Committee, June 19, 2007.[3]

"Privacy in the Commercial World II," House Energy & Commerce Subcommittee On Commerce, Trade, and Consumer Protection, June 20, 2006[4]

"Financial Data Protection Act of 2005," House Financial Services Subcommittee on Financial Institutions and Consumer Credit, November 9, 2005[5]

"Credit Card Data Processing: How Secure Is It?" House Financial Services Subcommittee on Oversight and Investigations, July 21, 2005[6]

"Identity Theft: Recent Developments Involving the Security of Sensitive Consumer Information,"[7] Senate Banking Committee, March 15, 2005

"The Accuracy of Credit Report Information and the Fair Credit Reporting Act;" Senate Banking Committee, July 10, 2003[8]

"The Role of FCRA in the Credit Granting Process," House Financial Services Subcommittee on Financial Institutions & Consumer Credit, June 12, 2003[9]

"Database Security: Finding Out When Your Information Has Been Compromised," Senate Judiciary Subcommittee on Technology, Terrorism and Government Information, Nov. 4, 2003[10]

"Fighting Fraud: Improving Information Security," House Financial Services Subcommittee on Financial Institutions & Consumer Credit, and Oversight, April 3, 2003[11]

---

[1] http://www.house.gov/apps/list/hearing/financialsvcs_dem/fihm_03242010.shtml
[2] http://www.house.gov/apps/list/hearing/financialsvcs_dem/hr072908.shtml
[3] www.house.gov/apps/list/hearing/financialsvcs_dem/ht061907.shtml
[4] http://archives.energycommerce.house.gov/reparchives/108/Hearings/06202006hearing1938/hearing.htm
[5] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=425.html
[6] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=407.html
[7] http://banking.senate.gov/public/index.cfm?FuseAction=Hearings.Hearing&Hearing_ID=7f294169-4375-4e9e-8e29-f418b82e7f4b
[8] http://banking.senate.gov/03_07hrg/071003/index.htm
[9] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=229.html
[10] http://judiciary.senate.gov/hearings/testimony.cfm?id=983&wit_id=2790
[11] http://financialservices.house.gov/archive/hearings.asp@formmode=detail&hearing=202.html

"Information Flows: The Costs and Benefits to Consumers and Businesses of The Collection and Use of Consumer Information," Federal Trade Commission, National Workshop, June 18, 2003

**Books**

Credit Scores and Credit Reports: How The System Really Works, What You Can Do [3rd Edition] (Privacy Times, 2007)

Your Right To Privacy: A Basic Guide To Legal Rights In An Information Society (2nd Edition, Southern Illinois University Press, 1990), (Includes a chapter on credit reporting)

Former Secrets: Government Records Made Public Through The Freedom of Information Act (Campaign For Political Rights, 1982)

**International Lectures**

24th International Conference of Data Protection & Privacy Commissioners (Cardiff, Wales – Presentation published in conference proceedings, 2002)

The 23rd International Conference of Data Protection Commissioners (Paris, La Sorbonne – Presentation published in conference proceedings, 2001)

The 22nd Annual Conference on Data Protection (Venice, Italy -- 2000)

The 16th Annual Conference on Data Protection (The Hague, The Netherlands -- 1994).
In the 1980s, served as an expert consultant to both the Privacy Commissioner of Canada and Privacy Commissioner of Australia.

**Presentations/Instruction At Recent CLE & Professional Seminars**

"2009 Annual Florida Bar Convention," CLE, Consumer Protection Law Comm. Representing Main Street: A Consumer Law Primer, "Credit Scores & Credit Reports: How The System Really Works," Orlando, June 26, 2009.[12]

"Second Law and Information Society Symposium: Enforcement, Compliance and Remedies in the Information Society," Presenter, "Credit Report Cases – Effective Remedies?" Center on Law and Information Policy (CLIP), Fordham Law School, New York, May 29-30, 2008.[13]

"The 1st Annual Privacy Law Scholars Conference," Presenter, "Assessing Privacy Harm: How can victims of privacy violations prove that they have been harmed? The George Washington University Law School, Washington, DC, June 12-13, 2008.[14]

---

[12] http://www.floridabar.org/TFB/TFBResources.nsf/Attachments/F0073FEF10A9924285257599004F1128/$FILE/Schedule%20of%20Events.pdf?OpenElement
[13] http://law.fordham.edu/ihtml/eventitemPP.ihtml?id=37&idc=8943&template=clip
[14] http://privacyscholars.com

"11th Annual Consumer Financial Services Litigation," Practicing Law Institute, March 20-21, 2006 (New York City)

"Bankruptcy Roundtable," and, "Fair Credit Reporting Act Roundtable," National Consumer Law Center, October 27, 2005

"Advanced Consumer Litigation," Texas Bar CLE, Feb. 10-11, 2005

"Financial Privacy Litigation," (Impact of FACT Act), Practicing Law Institute,
February 28- March 1, 2005 (New York City)
"The New FACT Act: Challenge & Oppty.," Privacy & American Business, Feb. 9-10, 2004

"Understanding the FACT Act And The Impact of Multi-Agency Rulewriting Process,"
Glasser LegalWorks, Sept. 28-29. 2004

"12th Annual National Conference," National Credit Reporting Association, Nov. 10-12, 2004

**Professional Societies**

Past President & Board Member, American Society of Access Professionals www.accesspro.org

**Industry Certification**

FCRA Certification, National Credit Reporting Association (www.ncrainc.org).

**Media**

In addition to being a paid consultant and special guest on CNN's IMPACT news in 1996, I am quoted regularly by major and small newspapers (including The Washington Post, New York Times, Wall Street Journal, Chicago Tribune, Los Angeles Times, Newsweek and Money Magazine), regarding issues of privacy generally and the privacy implications of consumer reporting specifically. I have appeared on National Public Radio, PBS NewsHour with Jim Lehrer, ABC Nightline and World News Tonight, NBC Nightly News, CBS Evening News, CNN News Watch, CNBC, MSNBC, Fox News, various local affiliates, and the Oprah Winfrey Show and Geraldo, regarding these issues as well.

**Education**

Bachelor of Arts, Columbia College, Columbia University, New York, N.Y. (1979)

### Testimony & Expert Reports

Within recent years, I have testified at trial, or been deposed as an expert, in the following cases:

Andrews v. Trans Union Corp. et al., Case No. 96-7369, (USDC-C.D. Calif.), concerning theft-of-identity and consumer report inaccuracies. Expert report, deposition, trial testimony. Judge Lourdes Baird presiding. The U.S. Court of Appeals for the Ninth Circuit specifically found that my opinion on the prevalence of identity theft was relevant to the reasonableness of CRA procedures. (see 225 F.3d 1063 (2000)).

Angela P. Williams vs. Equifax Information Services, LLC, et al., Circuit Court for the Ninth Judicial Circuit, Orange County Florida. Credit Reporting. Expert disclosure and report. Deposition. Trial Testimony. Judge George A. Sprinkel IV presiding.

Direct Data Solutions, Inc., v. Bailey & Associates Advertising, Inc.: Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida; Case No.: 07-9322 CA 09. Judge Jerald Bagley presiding.

Brenda F. Campbell v. Experian: U.S. District Court for the Western District of Missouri (No. 07-2514). FCRA. Expert report, deposition. Trial Testimony. Judge Nanette K. Laughrey presiding.

Harold & Beryllin Gamby v. Equifax Information Services, et al.: U.S. District Court for the Eastern District of Michigan [Southern Div.] (CV-06-11020-MO). FCRA, identity theft. Expert report. Deposition. Trial Testimony. Judge Marianne O. Battani presiding.

Deborah Adams v. National Engineering Service Corp./Verifications Inc.,: U.S. District Court for the District of Connecticut. 3:07-cv-01035-JCH. FCRA. Expert report, deposition. Trial Testimony. Judge Warren W. Eginton presiding.

Rebecca L. Valentine. v. Equifax Credit Information Services, et al.: U.S. District Court for the District of Oregon; No. CV 05-801-JO. FCRA, identity theft. Expert report. Deposition. Trial Testimony. Judge Robert E. Jones presiding.

Nicole Robinson vs. Equifax Information Services, LLC, et al., U.S. District Court for the Eastern District of Virginia (Alexandria Div.), Case No. CIV 1:05 cv 1272. Expert reports. Deposition. Trial Testimony  Judge Walter H. Rice presiding.

Suzanne Sloane vs. Equifax Information Services, LLC, et al., U.S. District Court for the Eastern District of Virginia (Alexandria Div.), Case No. CIV 1:05 cv 1272. Expert reports. Deposition. Trial Testimony  Judge Leonie M. Brinkema presiding.

Matthew Kirkpatrick v. Equifax, LLC, U.S. District Court for District of Oregon, (Slip. Op. CV-02-1197-MO. FCRA  Expert report. Trial Testimony. Judge Michael W. Mosman presiding.

Sandra Cortez vs. Trans Union, LLC., U.S. District Court for the Eastern District of Pennsylvania: No. 2:05 –cv—05684-JF.  FCRA.  Expert Report. Daubert Hearing. Trial Testimony.  Senior Judge John P. Fullam qualified me to testify at trial.

Patricia Holmes vs. TeleCheck Intl., Inc., U.S. District Court for the Middle District of Tennessee (Nashville Div.). FCRA. Expert report. Deposition. Trial Testimony.  Chief District Judge Todd J. Campbell presiding.

Tracy Terry v. Cheryl Shepard, Eve Shepard, Frank Ferro, and STAR Consulting, LLC, CAL08-03428 -- In the Circuit Court for Prince George's County, Maryland, Michele D. Hotten, Associate Judge presiding.  Breach of contract. Damage to credit. Trial testimony.  September 22, 2009.

Federal Trade Commission vs. Accusearch, Inc., et al., U.S. District Court for the District of Wyoming, Case No. 06CV0105-D.  FTC Section 5.  Expert Report.  U.S. Magistrate Judge William C. Beaman rejected Defendant's motion to exclude my testimony.

Eddie Silva, et al. v. Haynes Furniture Co., Inc.: U.S. District Court for the Eastern District of Virginia:  No. 4:04CV82. FCRA.  Fairness hearing testimony. Judge Walter D. Kelley, Jr. presiding.

Joi Helmes v. Wachovia Bank N.A.: U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria), Case No: 01-81277-RGM, Chapter 7. Post-bankruptcy credit reporting. Expert report. Deposition. Trial Testimony. Judge Robert G. Mayer presiding.

Alex Campos and Michael York v. ChoicePoint Services, Inc.: U.S. District Court for the District of Georgia (Atlanta), Civ. Action No. 1-03-CV-3577-WSD. FCRA. Expert Declaration. Fairness hearing testimony. Judge William S. Duffey, Jr. presiding.

Denis W. Stasulis v. Suntrust: U.S. Bankruptcy Court for the Eastern District of Virginia (Alexandria), Case No: 04-12542-RGM, Chapter 7. Post-bankruptcy credit reporting. Expert report. Deposition. Trial Testimony. Judge Robert G. Mayer presiding.

Dwaine Perry, et al. v. FleetBoston Financial Corp.: U.S. District Court for the Eastern District of Pennsylvania: No. 04-507. FCRA. Expert Report. Fairness hearing testimony. Judge Berle M. Schiller presiding.

Tammy Cochran v. C&M Motors, LLC, dba I-10 Toyota, et al: U.S. District Court for the Central District of California, No. CV-03-3568FMC. FCRA. Expert Report. Trial Testimony Judge Florence-Marie Cooper presiding.

Myra Coleman v. Trans Union LLC, CA4: 98-CV-169B-B (USDC-Mississippi) FCRA. Expert report, deposition, trial testimony.  Judge Neal B. Biggers presiding.

Arthur Spengler v. Sears Roebuck & Co., Case No. C-03-0557. (Circuit Court, Wicomico County, Maryland). Tort, Interference with Business Relationships. Trial Testimony. Judge D. Davis qualified me as expert on credit scoring, credit reporting and FCRA-related issues.

Judy C. Thomas v. Trans Union LLC, U.S. District Court for the District of Oregon; Case No. 00-1150-JE. FCRA. Expert report, deposition, trial testimony. Magistrate Judge John Jelderks presiding.

Scott E. Campbell v. G.E. Capital Auto Lease, Circuit Court For St. Mary's County, Maryland, Case No. 99-522. FCRA, invasion of privacy. Expert report, deposition. Judge Karen Abrams qualified me to testify, but the case settled one week before trial.

Franklin F. Grizzard, Jr. v. Trans Union, L.L.C., & Equifax Information Services L.L.C., et al.: U.S. District Court for the District of Virginia (Richmond Div.); Nos. 04-CV-625 & 04-CV-626, respectively. Expert report. Affidavit. Deposition. On the eve of trial, Judge Richard Williams rejected Defendant's motion to disqualify me. The case settled shortly thereafter.

Catherine Smith, et al. v. Progressive Corporation, et al.: U.S. District Court for the Middle District of Florida (Gainesville), Case No.1:00-CV-210-MMP. Expert Report, Declaration of Value, Fairness Hearing testimony. Judge Maurice M. Paul presiding.

Franklin E. Clark, et al. v. Experian, et al.: U.S. District Court for the District of South Carolina, Case Nos. 8:00-1217-22, 8:00-1218-22, 8:00-1219-22. Affidavit, Supplemental Affidavit (both affidavits were admitted into evidence without objection). Judge Cameron McGowan Currie presiding.

Terri N. White, Jose Hernandez, et al. v. Experian Information Solutions, et al.: USDC-Central Dist. Of California; Case No. 05-cv-1070- DOC (MLGx). Declarations, Deposition.

Tara Andrews v. Equifax Information Solutions, Inc., et al.: U.S. District Court for the Western District of Washington; (No. 2:09-CV-00817-JJC). Expert report. Deposition.

Michelle Jansen v. Equifax Credit Information Services, et al.: U.S. District Court for the District of Oregon; No. 05-CV 0385-BR. Expert report. Deposition.

James Byrd v. TransUnion LLC, Experian Information Solutions, Inc., Equifax Credit Information Services, LLC: U.S. District Court for the District of South Carolina [Columbia Div.]. Expert report. Deposition.

David L. Jackson v. Trans Union, et al.: U.S. District Court for the District of Oregon. FCRA. No. CV-08-0060-MO. Expert report. Deposition.

Richard Chakejian v. Equifax Information Services, LLC.: U.S. District Court for the Eastern District of Pennsylvania; No. 07-2211. Bruce A. Summerfield v. Equifax Information Services, LLC.: U.S. District Court for the District of New Jersey; No. 08-1450. FCRA. Expert reports. Consolidate deposition.

Marlos Uzzell v. Experian Information Systems, Trans Union, et al.: U.S. District Court for the Eastern District of Pennsylvania (No. 2:08-CV-02538-CMR). Expert report. Deposition.

Brenda F. Campbell v. Trans Union, et al.: U.S. District Court for the Western District of Missouri (No. 07-2514). FCRA. Expert report, deposition.

Baxter Robinson v. Chase Mortgage Services, Inc., et al.: U.S. District Court for the District of South Carolina (Charleston Div.) (2:08-cv-02087-PMD). Expert report, deposition.

Risa Joyce Deutsch v. Arrow Financial Services LLC, et al: U.S. District Court for Middle the District of Florida [Tampa]; No. 8:08-cv-01469. Damage to credit. Expert report, deposition.

Michael D. Scott, et al. v. Graphic Center, CalPERS, et al.: Superior Court of the State of California, County of Los Angeles. Case No. BC390593397636. Data breach. Declaration.

Christopher K. Jung v. Trans Union, et al.: U.S. District Court for the Eastern District of Pennsylvania (No. 07-2514). Expert report, deposition.

Robert Saindon v. Equifax Information Services, et al.: U.S. District Court for the Northern District of California (08-cv-01744 WHA). Expert report, declaration. deposition.

Christina Lee v. TransUnion, et al.: U.S. District Court for the District of Oregon (CV-07-0998-MO). Expert report, deposition.

Emelia Pasternak v. TransUnion, et al.: U.S. District Court for the Northern District of California. Case No. 4:07-cv-04980-CW Expert report, deposition.

Stacy Fiano v. Experian Information Solutions, et al., U.S. District Circuit Court of the Southern District of Florida 9:08-cv-80555. Expert report, deposition.

Alana Valerie Sheldon v. Trans Union, LLC., LVNV Funding, LLC, & Resurgent Capital Services L.P.: U.S. District Court for the District of Maryland; 8:08-cv-00057-PJM. Expert report, deposition.

In Re: Cellphone Termination Fee Cases, Superior Court of the State of California, Alameda County, JCCP No. 4332. Deposition.

Karl Benedikt v. ChoicePoint, Inc.,: U.S. District Court for the District of New Jersey [Newark Vicinage]; 07-2569. Expert report, deposition.

Maria D. v. Comcast Corp., Sacramento Superior Court, Case No. 03AS05745. Deposition.

Abdirizak Gayre v. CSC Credit Services, Inc., Equifax Information Services, LLC, and Afni, Inc.: U.S. District Court for the District of Minnesota (C.A. No. 07-CV-0622 [JRT/FLN]). FCRA.  Expert report, deposition.

Eric Robert Drew  vs. Equifax Information Services, LLC, et al., U.S. District Court for the Northern District of California , Case No.  CV 07-00726-SI.  Expert report, deposition.

Erin Ayles v. Experian Information Solutions, Inc.:  U.S. District Court for the Eastern District of Virginia (Alexandria Division); 1:07cv 662.  Expert report, deposition.

In Re: Farmers Insurance Co., Inc., FCRA Litigation, U.S. District Court for the Western District of Oklahoma, Case No. CIV 03-158-F.  FCRA.  Expert report, deposition.

Steven E. Beck v. Equifax Information Services, et al.: U.S. District Court for the Eastern District of Virginia: No. 1-05cv347. FCRA.  Expert report, deposition.

Mary Ann Whiteker, et al. v. Chase Bank, et al..

Ford Motor Credit Co. v. Sudesh Agrawal, Court of Common Pleas, Cuyahoga Country, Ohio; Case No. CV04536588.  Credit reporting and credit scoring. Deposition.

Larry Alabran v. Capital One Services, Inc.,: U.S. District Court for the Eastern District of Virginia (Richmond Division); Case No. 3:04-CV-935. Expert report, deposition.

Gail Cope v. MBNA American Bank NA: U.S. District Court for the District of Oregon; No. 04-CV-493-JE.  Expert report, deposition.

Robert Gordon Peoples v. Experian Services Corp., et al.: U.S. District Court for the Central District of California: No. CV-04-1378 CAS (Ex). Expert report. Deposition.

Lottie Robertson v. Experian Information Services, Inc. & Capital One Bank: U.S. District Court for the Eastern District of Michigan (Southern Div.) No. 04-72308. Expert report. Deposition.

Barbara A. Harris v. Experian Information Solutions, Inc., and Equifax Credit Information Services, Inc: U.S. District Court for the District of Oregon, Civil No. 01-1728-JE. FCRA. Expert reports. Deposition

Bruce Danielson v. Experian Information Solutions:  U.S. District Court for the Northern District of Texas, Case No: 3-04CV-1722N. FCRA. Expert report. Deposition.

Stacy Lawton Guin, et al. v. Brazos Higher Education Service Corporation, Inc.: USDC-Minnesota – No. CV 05-668 RHK/JSM. Negligence. Security Breach. Affidavit. Deposition.

Anthony Chin v. State Dept. Federal Credit Union: Circ. Ct. Prince George's County (Maryland); Civ. Act. No. CAL04-12778; Tort. Deposition.  Trial testimony.

9

James M. McKeown v. Sears Roebuck & Co., et al: U.S. District Court for the Western District of Wisconsin, Civil No. Case No. 03-CV-0528 C.  Expert Report, deposition.

Paulette Field v. Trans Union LLC, et al., Case No. 01 C 6390 (USDC-N.D. Illinois - Eastern Div.  FCRA.  Expert report.  Deposition.

Earle E. Ausherman, et al. v. Bank of America Corporation et al.: U.S. District Court for the District of Maryland, Civil Action No. MJG-01-438.  FCRA.  Expert report.  Deposition

Jesse Klco v. Elmhurst Dodge, U.S. District Court for the Northern District of Illinois (Eastern Division) Civil Action No. 01 C 0433.  FCRA.  Expert report, deposition.

(David & Ruthie Keefner v. Webb Ford, Inc. & Deon L. Willis.: U.S. District Court for the Northern District of Illinois (Eastern Division), Civil Action No. 02C-4643.  FCRA.  Expert report. Deposition.

Anthony & Alethea Preston v. MGIC, U.S. District Court for the Middle District of Florida (Ocala), Case No. 5:03-cv-111-Oc-10GRJ. FCRA. Expert report, deposition.

Bruce Butcher and Pam Butcher v. Chase Manhattan Bank, U.S.A., Inc., U.S. District Court for District of South Carolina, Case No. 8:03-3184-26. FCRA. Expert report, deposition.

Karen Nienaber, et al. v.Citibank (South Dakota) N.A.,: U.S. District Court for the District of South Dakota [Southern Div.}; Civ. No. CIV 04-4054.  Declaration relied upon by court in settlement hearing.

### FEE

My fee is $250 per hour for preparation and for consulting;  $250 per hour, or a minimum of $1,500 per day, for deposition or trial testimony, plus reasonable travel time, plus travel costs and expenses.