## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONNA L. WHITAKER, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiff,<br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br>*a federal credit union*,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: RDB09CV2288<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF PHILLIP W. DUFF IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

THE UNDERSIGNED, Phillip W. Duff, hereby declares and states as follows:

### INTRODUCTION

1. I am familiar with and have personal knowledge of the matters set forth in this Declaration and if called upon to do so, could and would testify competently thereto.

2. I have been employed by Robert W. Murphy, Esquire and Bernard T. Kennedy, Esquire (hereinafter referred to collectively as "Class Counsel"), to provide an opinion in support of the final approval of that certain Class Action Settlement Agreement ("Settlement Agreement"), dated March 17, 2010, between Plaintiff, Donna L. Whitaker, an individual ("Class Representative"), and Defendant, Navy Federal Credit Union, a federal credit union ("Navy Federal"), in that certain case styled "*Donna L. Whitaker v. Navy Federal Credit Union*, in the United States District Court for the District of Maryland, Case No.: 09-CV-02288 RDB" ("Whitaker UCC Class Action").

3. Pursuant to the Settlement Agreement, Navy Federal has agreed *inter alia* to the following relief for members of the Class:

<u>Waiver of Deficiency</u>: Navy Federal shall waive deficiencies arising from the finance contracts of the respective class members for the financing of motor vehicles. The aggregate balance of the deficiencies of the Class Members is in excess of Fifty Million ($50,000,000.00) Dollars in principal and interest ("Waived Deficiencies")[Settlement Agreement - ¶¶ 7; 15a].

<u>Notification to Credit Reporting Agencies</u>: Navy Federal shall request that the credit reporting agencies ("CRAs") delete the tradelines related to the finance agreements at issue in this matter from the credit reports of the Settlement Class Members. [Settlement Agreement - ¶ 15b].

4. I have been requested by Class Counsel to provide an opinion concerning the actual economic benefit conferred to the Class with respect to the Waived Deficiencies.

## SUMMARY OF OPINION

5. Based on current collection rates for consumer collection portfolios similar to that involved with Waived Deficiencies, the anticipated recovery by a creditor for the Waived Deficiencies would be 9% of the face value of the portfolio or $4,500,000.00. This would be a gross collections figure over the 60 month lifespan of the portfolio

## QUALIFICATIONS AND BACKGROUND

6. I make this declaration as an expert in the field of valuation of consumer debt portfolios. A current copy of my curriculum vitae is attached hereto as Exhibit "A."

7. I am the President and Chief Executive Officer of Lighthouse Consulting & Asset

Management, Inc., PO Box 1484, St. Augustine, FL 32085-1485 ("Lighthouse Consulting").

8. Lighthouse Consulting provides consulting services to the consumer debt collection industry, including law firms, collection industries and debt buyers. With respect to the purchase and collection of consumer portfolios, Lighthouse Consulting provides assistance to debt buyers with respect to vendor selection, price negotiation and portfolio evaluation.

9. Lighthouse Consulting also is engaged in the business of purchasing consumer debt portfolios for resale to small debt buyers.

### THE PROPOSED SETTLEMENT PROVIDES SUBSTANTIAL ECONOMIC BENEFITS TO MEMBERS OF THE CLASS

10. I was retained by Class Counsel to provide an opinion concerning the economic value of the Waived Deficiencies under the Settlement Agreement to Class Members.

11. Based upon the information provided to Declarant, it is the understanding of Declarant that the Waived Deficiencies arose from the unpaid balances from direct loan finance agreements from Navy Federal to the Class Members for financing the purchase of new and used automobiles.

12. My opinion is that the anticipated recovery rate for the Waived Deficiencies is $4,500,000.00 based on current collection industry recovery rates.

PURSUANT TO 28 U.S.C. §1746, I HEREBY CERTIFY, UNDER PENALTY OF PERJURY, THE FOREGOING IS TRUE AND CORRECT.

Executed this __13__ day of August, 2010 in St. Augustine, Florida.

_____
PHILLIP W. DUFF

*Exhibit A*

## *Phillip W. Duff, President and Founder*
## *Lighthouse Consulting & Asset Management, Inc.*

**Phillip W. Duff has been involved in the debt collection industry for over 30 years beginning in a role with G.C. Services in the late 70's as a debt collector. He was trained in Six Sigma while working for Bombardier Capital in Jacksonville, FL, and is successful helping organizations improve their accounts receivables processes using the Six Sigma methodology. Mr. Duff has consulted with National Creditors as well as countless law firms, collection agencies and national and regional debt buyers.**

**He has also initiated programs proven to drive positive revenue growth as an agency manager for major creditors and national debt buyers as well as law firms.**

**Mr. Duff has also developed a unique process of initiating cultural change as a part of developing a revenue-driven atmosphere in a variety of formats. This unique philosophy and technique are unseen to date in the debt industry.**

**His substantial experience in the collection industry, Six Sigma core competency and extensive industry relationships have helped Lighthouse Consulting to grow every year since it's inception in 2003.**

**By forming Lighthouse Consulting Mr. Duff combined his experience, insight, collection skills and extensive network of credit professionals to help collection partners maximize the value of their businesses.**

**Today Mr. Duff is involved in regional and national debt sales, providing consulting services to law firms, collection agencies, credit issuers, debt purchasers, investors and service companies to the collection and debt sales industry. Mr. Duff also evaluates, purchases and resells portfolios on a regular basis.**