IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNA L. WHITAKER, *individually and on behalf* )
*of all others similarly situated*, )
                                                                          )
                 Plaintiff, )
v. ) **Civil Action No.: 1:09-cv -02288-RDB**
                                                       )
NAVY FEDERAL CREDIT UNION, )
*a federal credit union,* )
                                                       )
                 Defendant. )
_____/

## MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

Plaintiff, Donna L. Whitaker, an individual, on behalf of herself and all others similarly situated ("Class Representative"), pursuant to Rule 54, Fed.R.Civ.P., respectfully moves this Honorable Court for order awarding attorney's fees and costs to counsel for the Class, and in support would show as follows:

      1.      In the instant action, the Class Representative filed a Complaint against Defendant, Navy Federal Credit Union, a federal credit union ("Navy Federal"), for violation of Article IX, Part VI of the Uniform Commercial Code ("UCC"), with respect to the repossession sale of automobiles.

      2.      After extensive arm's length settlement negotiations, the parties reached a Class Action Settlement Agreement ("Settlement Agreement"), a copy of which has previously been filed with the Court.

      3.      On April 1, 2010, this Court entered an Order Granting Preliminary Approval of Class Settlement ("Preliminary Approval Order") [DE 51].

4. Pursuant to ¶18 of the Settlement Agreement, the parties agreed to the following with respect to attorney's fees and costs to be awarded to Class Counsel:

a. Attorneys' Fees and Class Representative Incentive Award.

> Class Counsel shall submit a request for reasonable attorneys' fees in the amount of three hundred eighty-five thousand dollars ($385,000). Navy Federal will not oppose this request. Subject to Court approval of Class Counsel's request, Navy Federal shall pay that amount directly to Class Counsel within ten days of Final Approval.
>
> ("Attorney's Fees Provision").

5. In support of the instant motion, the Class Representative filed the following:

- Declaration of Thomas J. Minton as to Reasonable Attorney's Fees ("Minton Declaration") [DE 58];
- Declaration of Bernard T. Kennedy in Support of Motion for Award of Attorney's Fees and Costs ("Kennedy Declaration") [DE 60]; and
- Declaration of Robert W. Murphy in Support of Motion for Final Approval of Class Action and Settlement ("Murphy Final Approval Declaration") [DE 61].

WHEREFORE, Plaintiff, Donna L. Whitaker, individually and on behalf of all others similarly situated, respectfully requests this Court enter an award of attorneys' fees and costs for services of Class Counsel against Defendant, Navy Federal Credit Union, a federal credit union, in accordance with the Attorneys' Fees Provision of the Settlement Agreement.

        /s/ Robert W. Murphy  
        ROBERT W. MURPHY  
        Florida Bar No. 717223 (*pro hac vice*)  
        1212 S.E. 2nd Avenue  
        Ft. Lauderdale, FL 33316  
        (954) 763-8660 Telephone  
        (954) 763-8607 Telecopier  
        rphyu@aol.com  

        THE KENNEDY LAW FIRM  
        Counsel for Plaintiff  
        Maryland Consumer Law Group  
        PO Box 657  
        Edgewater, Maryland 21037  
        Telephone: (443) 607-8901  
        Fax: (443) 607-8903  
        bernardtkennedy@yahoo.com  

By:  /s/ Bernard T. Kennedy  
      BERNARD T. KENNEDY  
      Bar No. 26843  

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Neil Gilman, Esquire, Hunton & Williams LLP, 1900 K Street, N.W., Washington, D.C. 20006 and to Bernard T. Kennedy, Esquire, The Kennedy Law Firm, Maryland Consumer Law Group, PO Box 657, Edgewater, MD 21037, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

        /s/  Robert W. Murphy  
        ROBERT W. MURPHY  
        Florida Bar No. 717223  
        1212 S.E. 2nd Avenue  
        Ft. Lauderdale, FL 33316  
        (954) 763-8660 Telephone  
        (954) 763-8607 Telecopier  
        rphyu@aol.com