IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DONNA L. WHITAKER, *et al.*   *

    Plaintiffs,   *

v.   *  Civ. No. RDB  09-cv-2288

NAVY FEDERAL CREDIT UNION,   *

    Defendant.   *

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 4th day of October, 2010 ORDERED that:

1. Plaintiffs and Defendant's Joint Motion for Final Approval of Class Settlement Agreement (Paper No. 59) is GRANTED;

2. Plaintiffs' Motion for Attorneys' Fees and Costs (Paper No. 67) is GRANTED but the amount of fees shall be reduced to a total award of $201,006.83 as follows:

   - $146,846.83 in fees and costs paid to Robert W. Murphy;
   - $54,160 in fees and costs paid to Bernard T. Kennedy; and

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to Counsel.

                /s/_____
                Richard D. Bennett
                United States District Judge